Arnold P. Peter (SBN 120091)
Maurice D. Pessah (SBN 275955)
PETER LAW GROUP
9100 Wilshire Blvd., Suite 880W
Beverly Hills, CA 90212
Tel.: 310-277-0010
Fax: 310-432-0599
Email: apeter@peterlawgroup.com
       mpessah@peterlawgroup.com

Attorneys for Plaintiff
DEVERIN KAROL

Tyler A. Brown (CA SBN 121350)
JACKSON LEWIS LLP
1070 Parkridge Blvd., Suite 300
Reston, VA 20191
Tel.: 703-483-8314
Fax: 703-483-8301
Email: brwont@jacksonlewis.com

Mia N. Tucker (SBN 268389)
JACKSON LEWIS LLP
199 Fremont St., 10th Floor
San Francisco, CA 94105
Tel.: 415-394-9400
Fax: 415-394-9401
Email: mia.tucker@jacksonlewis.com

Attorneys for Defendants
MED-TRANS CORPORATION and
AIR MEDICAL GROUP HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEVERIN KAROL, an individual, | Case No. 1:11-cv-00854-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE AND EXTENDING DISCOVERY CUTOFF** |
| v. | |
| MED-TRANS, a Texas corporation doing business in California; AIR MEDICAL GROUP HOLDINGS, a Missouri corporation doing business in California; and DOES 1-10, | |
| Defendants. | |

Plaintiff DEVERIN KAROL and Defendants MED-TRANS CORPORATION and AIR MEDICAL GROUP HOLDINGS, INC. (collectively the "Parties"), by their respective counsel, hereby request that the Court hold a settlement conference and extend the discovery cutoff to permit the parties time to conduct said conference without incurring additional time and expense taking depositions.

1. Counsel for the Parties agree that this matter would benefit from the Court's assistance in holding a settlement conference in an effort to resolve this matter. To that end, counsel called Judge Gary S. Austin's chambers on June 19, 2012, and were informed that the Court was available on July 11, 2012 at 10:30 a.m. to preside over a settlement conference.

2. As the discovery cutoff in this case is July 13, 2012, and as Plaintiff intends to take at least four depositions, the Parties ask that this Court extend the discovery cutoff to August 31, 2012. This will allow the parties to postpone the depositions in the hope that they will be made moot by the settlement of this case. Postponing the depositions will allow the Parties to expend their resources on settlement, as opposed to discovery. The Parties do not seek any extension of the deadlines for dispositive motions, pretrial conference or trial.

**IT IS SO STIPULATED.**

DATED: June 20, 2012				JACKSON LEWIS LLP


						By:	s/Tyler A. Brown
							Tyler A. Brown
							Mia Tucker
							Attorneys for Defendants
							MED-TRANS CORPORATION and
							AIR MEDICAL GROUP HOLDINGS, INC.

DATED: June 20, 2012				PETER LAW GROUP


						By:	s/Arnold P. Peter

Arnold P. Peter
Marcus Lee
Maurice D. Pessah
Attorneys for Plaintiff
DEVERIN KAROL

**ORDER**

The parties' stipulation is hereby adopted.  All other deadlines and orders contained in the Scheduling Order issued on August 16, 2011 (Doc. 13) remain in full force and effect.  A Settlement Conference is set for July 11, 2012 at 10:30 a.m. in Courtroom 10.  The Court's separate order regarding settlement conference procedures shall follow.

IT IS SO ORDERED.

Dated:   **June 21, 2012**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE