1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                  EASTERN DISTRICT OF CALIFORNIA

10

DEVERIN KAROL,                        )      1:11-cv-854 AWI GSA
11                                     )
            Plaintiff,                 )
12                                     )
       v.                             )      **ORDER REGARDING SETTLEMENT**
13                                     )      **CONFERENCE PROCEDURES**
MED-TRANS, a Texas corporation doing  )
14  business in California; AIR MEDICAL )
GROUP HOLDINGS, a Missouri corporation )
15  doing business is California, and DOES )
1-10                                  )
16                                     )
            Defendants.                )
17  _____ )

18

19        Consideration of settlement is a serious matter that requires thorough preparation prior to

20  the settlement conference.  Provided below are the procedures this Court will employ when

21  conducting the settlement conference scheduled for July 11, 2012, at 10:30 a.m.

22        A.  Required Pre-Settlement Conference Communications

23        A settlement conference is more likely to be productive if the parties have exchanged

24  written settlement proposals in advance of the conference.  Accordingly, at least fourteen (14)

25  calendar days prior to the settlement conference, plaintiff's counsel shall submit a written

26  itemization of damages and a good faith *settlement demand* to defendant's counsel with a brief

27

28                                           1

1   explanation of why the demand is appropriate.  Thereafter, but no later than seven (7) calendar

2   days prior to the settlement conference, defendant's counsel shall submit a good faith written

3   *offer* to plaintiff's counsel with a brief explanation of why the offer is appropriate.

4       On occasion, this process will lead directly to a settlement.  If settlement is not achieved,

5   plaintiff's counsel shall deliver or fax copies of all settlement proposals along with his/her

6   *Confidential Settlement Conference Statement* to chambers.  Copies of these documents are not

7   to be filed on the court docket.

8       B.  Confidential Settlement Conference Statement

9       At least four (4) calendar days prior to the settlement conference, the parties shall submit

10  the *Confidential Settlement Conference Statement* to Judge Austin's chambers via

11  gsaorders@caed.uscourts.gov.  This statement  shall include the following:

12      1.    A list of all elements of each cause of action or affirmative defense pled in

13  the party's respective complaint or answer;

14      2.    A brief statement identifying those facts that support each cause of action

15  or affirmative defense;

16      3.    A description outlining the factual and legal contentions upon which the

17  parties agree or disagree;

18      4.    A description identifying the impediments to settlement, including

19  financial, emotional or legal concerns;

20      5.    A summary of the settlement attempts to date;

21      6.    A statement of the specific relief sought; and

22      7.    A statement identifying any third party (i.e., lien holder, etc.) with a legal

23  interest in this action.

24  ///

25  ///

26  ///

27

28      2

1    C.  Attendance

2    The attorneys who will try the case shall appear at the settlement conference accompanied

3  by the named parties and all persons having authority to negotiate the settlement.[1]  If appropriate,

4  the principal representative shall have approval to settle the action on the terms consistent with the

5  opposing party's most recent demand.

6    D.  Mediation Format

7    A mediation format will be employed during the settlement conference.  The lawyers, the

8  parties, and all representatives must be fully prepared and will be expected to participate.  The

9  Court encourages all participants to be flexible and to reassess their previous positions, as well as

10  put to forth their best efforts toward reaching a mutually agreeable settlement.

11    E.  Statements Inadmissible

12    The Court expects full and candid participation during the settlement conference.  With

13  this in mind, statements made by any party or attorney during the settlement conference are not to

14  be used in discovery and will not be admissible at trial.

15    F.  Sanctions

16    Failure to follow this procedure will result in removal of the settlement conference from

17  the Court's calendar and may result in additional sanctions.

18    IT IS SO ORDERED.

19    **Dated:   June 21, 2012**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25    [1]Insurance carriers, business organizations, and governmental agencies whose settlement agreements are
26  subject to approval by legislative bodies, executive committees, boards of directors, et cetera, shall be represented by
    a person or persons who occupy high executive positions in the party organization and who will be directly involved
27  in the process of approval of any settlement offers or agreements.

28                                      3